Dismissed and Memorandum Opinion filed March 27, 2008








Dismissed
and Memorandum Opinion filed March 27, 2008.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-07-00659-CV

____________

 

ORALIA ACOSTA, Appellant

 

V.

 

NOVA INFORMATION SYSTEMS, TEXAS WORKFORCE COMMISSION,
and C.A. VAN NICE SPECIAL HEARINGS, Appellees

 



 

On Appeal from the
County Court at Law No. 1

Galveston County,
Texas

Trial Court Cause
No. 55933

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed June 27, 2007.  On March 12, 2008, appellant
filed a letter, which we construe to be a motion to dismiss the appeal.[1] 
See Tex. R. App. P. 42.1. 
The motion is granted.

Accordingly,
the appeal is ordered dismissed.








 

PER
CURIAM

 

Judgment rendered and Memorandum Opinion filed March
27, 2008.

Panel consists of Justices Yates, Guzman, and Brown. 









[1]  In her letter, appellant states that she has decided
not to file an opening brief and not to proceed with her case.